# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN ROCAEL MEJIA PEREZ, | ) | |
| | ) | |
| | ) | 3:26-CV-00801-MJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| WARDEN, MOSHANNON VALLEY ICE | ) | |
| PROCESSING CENTER; FIELD OFFICE | ) | |
| DIRECTOR, PHILADELPHIA FIELD | ) | |
| OFFICE, UNITED STATES | | |
| IMMIGRATION AND CUSTOMS | | |
| ENFORCEMENT; TODD M. LYONS, | | |
| ACTING DIRECTOR, UNITED STATES | | |
| IMMIGRATION AND CUSTOMS | | |
| ENFORCEMENT; SECRETARY KRISTI | | |
| NOEM, SECRETARY OF HOMELAND | | |
| SECURITY; AND PAMELA JO BONDI, | | |
| UNITED STATES ATTORNEY | | |
| GENERAL, IN THEIR OFFICIAL | | |
| CAPACITIES; | | |

Defendants,

## ORDER

Respondents have filed a Response to Petition and Notice of Suggestion of Mootness (ECF No. 9), representing that Petitioner was removed from the United States on May 10, 2026 and transported to Guatemala. Respondents contend that the Petitioner's request for a Writ of Habeas Corpus (ECF No. 1) must therefore be dismissed as moot, because the Court no longer can grant the relief requested within the Petition. The Court agrees with Respondents. Accordingly, IT IS HEREBY ORDERED that the petition is dismissed, without prejudice, as moot. The Clerk of Court is directed to mark this case as closed.

1

DATED: May 26, 2026

BY THE COURT:

Marilyn J. Horan
United States District Judge